**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: N.T., A MINOR     :   No. 66 EAL 2024
                                         :
                                         :
PETITION OF: A.S.                         :   Petition for Allowance of Appeal
                                         :   from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 4th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.